**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| G & G Closed Circuit Events, LLC, ) | No. CV-19-05134-PHX-SPL |
| ) | |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| ) | |
| Erika Maria Garcia, et al, ) | |
| ) | |
| Defendants. ) | |
| ) | |

    Pending before the Court is Plaintiff G & G Closed Circuit Events's ("G & G") Motion for Award of Costs and Attorneys' Fees (the "Motion") (Doc. 20). Defendants have not filed a response to the Motion.

    Plaintiff filed a complaint against Defendants asserting various claims arising from Defendants' alleged unlawful interception of a television broadcast (Doc. 1). None of the Defendants answered the complaint, responded to the complaint, or otherwise appeared in this action. Defendants' default was entered pursuant to Rule 55(a) on October 31, 2019 (Doc. 14) and Plaintiff filed a motion for default judgment which the Court granted (the "Default Judgment"). (Docs. 15, 18) In the Default Judgment, the Court awarded Plaintiff $8,400 in statutory damages and $25,000 in enhanced statutory damages pursuant to 47 U.S.C. § 553(c)(3). (Doc. 18 at 2) Additionally, the Court instructed Plaintiff to file any application for attorneys' fees and costs in accordance with Federal Rule of Civil Procedure 54(d). (Doc. 18 at 2) Plaintiff timely filed such application and seeks the award of attorneys' fees and related non-taxable costs pursuant to 47 U.S.C. § 553(c)(2)(C). (Docs. 20, 20-1 at

1 | 2) Having reviewed the Motion, the Court will deny it.

Accordingly,

**IT IS ORDERED** that Plaintiff's Motion for Award of Costs and Attorneys' Fees (Doc. 20) is **denied**.

Dated this 16th day of June, 2020.

Honorable Steven P. Logan
United States District Judge